## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>          v.<br><br>$13,000 in U.S. Currency, and $86,168.42 seized from SEFCU Bank Account ending in xxx959,<br><br>                              Defendants. | Civil Action No.:  1:19-cv-770 (GLS/CFH) |

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America brings this verified complaint for forfeiture *in rem* against the above-captioned assets (the "defendant currency") and alleges as follows:

### NATURE OF THE ACTION

This is an action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6) and Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Forfeiture is sought of the defendant currency as money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or money used or intended to be used to facilitate a violation of 21 U.S.C. § 841.

### THE PARTIES

1.      Plaintiff is the United States of America.

2.      The defendant currency – $13,000 in U.S. Currency and $86,168.42 of funds seized from a SEFCU bank account ending in xxx959 – is in the custody of the United States.

### JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

§§ 1345 and 1355.

4.      This Court has *in rem* jurisdiction over the defendant currency pursuant to 28 U.S.C. § 1355(b).

5.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395.

## FACTS

6.      Andy and William Dickson are brothers with long histories of drug-trafficking convictions.  Andy Dickson is currently incarcerated in connection with the crimes summarized below.

**<u>Andy Dickson</u>**

7.      The Colonie Police Department began investigating Andy Dickson in October 2018 for selling cocaine.

8.      On multiple occasions spanning several months, law enforcement observed Andy Dickson selling powder and crack cocaine throughout Colonie, New York.  On some occasions, he sold drugs to one or more confidential informant using prerecorded buy money that authorities later seized, pursuant to a search warrant, from his home.  A few examples follow.

9.      On January 10, 2019, law enforcement observed Andy Dickson leave his home, drive to the parking lot of a local store, and sell three grams of crack cocaine for $300.

10.      On January 11, 2019, law enforcement observed Andy Dickson leave his home and have recorded evidence of him selling two grams of crack cocaine for $200.

11.      On January 14, 2019, law enforcement observed Andy Dickson leave his home and have recorded evidence of him selling two grams of crack cocaine for $200.

12.     On January 15, 2019, law enforcement observed Andy Dickson leave his home and hand an individual drugs in exchange for money.  Officers arrested Andy Dickson at the scene and seized crack cocaine from the person they observed him selling it to.

13.     After Andy Dickson was arrested, police executed a search warrant at his home.

14.     While searching Andy Dickson's home, officers found in his bedroom more than 12 ounces of cocaine (much of which was packaged for resale); more than 408 grams of marijuana; unlabeled prescription bottles containing Adderall, Amphetamine, Alprazolam, Klonopin and Hydrocodone; various digital scales; and an assortment of items used to mix and package drugs.

15.     Police also found $5,480 in Andy Dickson's bedroom dresser, mainly wrapped in rubber bands, including some of the prerecorded buy money used in connection with the controlled drug sales identified above.  That money, which has already been forfeited administratively, was found in the dresser together with cocaine, drug bags, and digital scales.

16.     Police also found in Andy Dickson's bedroom SEFCU bank records for accounts in his name.

17.     The SEFCU bank records show regular cash deposits – ranging from $1,000 to $8,000 – during the same period that Andy Dickson was known to be selling cocaine.  During this same period, he was unemployed.

18.     In February 2019, law enforcement obtained a seizure warrant for SEFCU account #xxx959.  The account balance at the time of the seizure was $86,168.42.

19.     Andy Dickson recently pled guilty in Albany County Court to a drug-related offense, and is serving a six-year sentence.

**William Dickson**

20.     On January 16, 2019, a Colonie Police Department patrolman observed a vehicle driving erratically and initiated a traffic stop.  The vehicle was being driven by Andy Dickson's brother, William Dickson.  When the patrolman and his partner approached the vehicle, they smelled marijuana.

21.     Officers subsequently searched William Dickson and found more than 10 grams of marijuana in his pocket.  They then searched the vehicle – which was registered to a third-party – and found $13,000 in cash, wrapped in rubber bands, in the glove box.

22.     A properly-trained narcotics detection dog – who does not alert to marijuana – positively alerted to the scent of other drugs in the glove box where the $13,000 was found.

23.     William Dickson was arrested and taken to the police station.  During a recorded interview with police, William Dickson told authorities that the $13,000 was "money [he had] saved forever" in his home.

**Andy Dickson's and William Dickson's Administrative Claims**

24.     In April 2019, William Dickson filed an administrative claim with the Drug Enforcement Administration (DEA) for the $13,000 that was seized from the car.  Whereas he told the Colonie Police Department that this was "money [he had] saved forever" in his home, he swore to DEA, under penalty of perjury, that it was money he collected "from various relatives" to hire a lawyer for his brother, Andy Dickson.

25.     That same month, Andy Dickson filed an administrative claim with DEA to the $86,168.42 which was seized from SEFCU Bank Account #xxx959.  He swore, under penalty of perjury, that he has a "valid, good faith, and legally cognizable interest in" the seized funds and, to support that statement, claimed that his "bank has additional information that will show these

assets to be lawfully gained." As of the date of this filing, Andy Dickson has not provided DEA or this office with evidence, from his bank or otherwise, to support that statement.

## CONCLUSION

26. The facts set forth above support a reasonable belief that the government will be able to meet its burden of proof at trial. Specifically, probable cause exists to believe that the defendant funds constitute: (a) money furnished or intended to be furnished by a person in exchange for a controlled substance in violation of the Controlled Substances Act; (b) proceeds traceable to such an exchange; or (c) money used or intended to be used to facilitate a violation of the Controlled Substances Act.

WHEREFORE, pursuant to Supplemental Rule G, plaintiff the United States of America, respectfully requests that the Court:

(1)    Issue a Warrant of Arrest *In Rem*, in the form submitted with this Complaint;

(2)    Direct any person having any claim to the defendant currency to file and serve their Verified Claims and Answers as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G;

(3)    Enter judgment declaring the defendant property to be forfeited and condemned to the use and benefit of the United States; and

(4)    Award such other and further relief to the United States as it deems proper and just.

Dated: June 27, 2019                    GRANT C. JAQUITH
                                        United States Attorney


                              By:    */s/ Adam J. Katz*
                                     Adam J. Katz
                                     Assistant United States Attorney
                                     Bar Roll No. 515310

VERIFICATION

STATE OF NEW YORK          )
                          )  ss:
COUNTY OF ALBANY          )


Matthew E. Garrigan being duly sworn, deposes and states:

I am an Investigator with the Colonie Police Department. I have read the foregoing

Complaint for Forfeiture and assert that the facts contained therein are true to the best of my

knowledge and belief, based upon knowledge possessed by me and/or on information received

from other law enforcement officers.


Dated this 24th day of June, 2019.


                                   Matthew E. Garrigan, Investigator
                                   Colonie Police Department



Sworn to and subscribed before me this ___24___ day of June, 2019.


                                   Notary Public

                                   JESSICA FEREDAY
                               Notary Public, State of New York
                                   No. 01FE6058715
                               Qualified in Rensselaer County
                           Commission Expires January, 6, 23

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

1:19-cv-770

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

UNITED STATES OF AMERICA

**DEFENDANTS**
$13,000 in U.S. Currency, and $86,168.42 seized from SEFCU Bank Account ending in xxx959

**(b)**   County of Residence of First Listed Plaintiff   Albany
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Albany
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)
Adam J. Katz, Assistant U.S. Attorney (518) 431-0247
United States Attorney's Office, 445 Broadway,
Albany, New York 12207

Attorneys (If Known)
Mark Sacco, Esq. 12 Cornell Road, Latham, NY 12110

## II.  BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☒ 1   U.S. Government
         Plaintiff

☐ 3   Federal Question
         (U.S. Government Not a Party)

☐ 2   U.S. Government
         Defendant

☐ 4   Diversity
         (Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                       and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☒ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V.  ORIGIN   (Place an "X" in One Box Only)

☒ 1   Original
         Proceeding

☐ 2   Removed from
         State Court

☐ 3   Remanded from
         Appellate Court

☐ 4   Reinstated or
         Reopened

☐ 5   Transferred from
         another district
         (specify)

☐ 6   Multidistrict
         Litigation

☐ 7   Appeal to District
         Judge from
         Magistrate
         Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
21USC 881

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII.  RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
06/28/2019

SIGNATURE OF ATTORNEY OF RECORD
s/Adam J. Katz

**FOR OFFICE USE ONLY**

RECEIPT #                    AMOUNT   Waived                    APPLYING IFP                    JUDGE   GLS                    MAG. JUDGE   CFH